People v Garcia (2026 NY Slip Op 00849)

People v Garcia

2026 NY Slip Op 00849

Decided on February 17, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 17, 2026

Before: Manzanet-Daniels, J.P., Kapnick, Pitt-Burke, Higgitt, Rosado, JJ. 

Ind. No. 1649/17|Appeal No. 5811|Case No. 2021-04670|

[*1]The People of the State of New York, Respondent,
vJuan Garcia, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Rebecca D. Martin of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Joseph Tucker of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Marsha Michael, J. at suppression hearing; Jeanette Rodriguez-Morick, J. at plea and sentencing), rendered November 15, 2021, convicting defendant of manslaughter in the first degree, and sentencing him to a term of 17 years, unanimously affirmed.
Defendant's valid waiver of his right to appeal (see People v Thomas, 34 NY3d 545 [2019], cert denied 589 US —, 140 S Ct 2634 [2020]) forecloses review of his claims that he was identified in an unduly suggestive lineup, and that his sentence is excessive (see People v Bawa, 234 AD3d 601, 602 [1st Dept 2025], lv denied 43 NY3d 943 [2025]). As an alternative holding, we find that the lineup comported with constitutional requirements (see People v Marshall, 26 NY3d 495, 506 [2015), and we perceive no basis for reducing defendant's sentence.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 17, 2026